UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

FEB 26 2020

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. |
| THOMAS MANDO MOSCHELLA<br>Defendant | § § § | 20 CR 121 |

### INDICTMENT

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment, Wells Fargo Bank is an American multinational financial services company with central offices and banking branch locations that operate throughout the United States and internationally. Wells Fargo Bank is engaged in the business of banking, including Automated Teller Machines, basic teller services, consumer lending, and wealth management, which include the deposit, withdrawal, or transfer of United States Currency. Wells Fargo Bank is a financial institution engaged in interstate commerce, the activities of which affect interstate commerce.

1

## COUNT ONE

### Maliciously Damage and Destroy and Maliciously Attempt to Damage and Destroy Real Property By Means of Explosive Materials

On or about October 29, 2019, in the Houston Division of the Southern District of Texas,

**THOMAS MANDO MOSCHELLA**

did maliciously damage and destroy, and maliciously attempted to damage and destroy, by means of fire and explosive materials, an Automated Teller Machine located at a Wells Fargo Bank, at 8808 Spring Cypress Road, in Spring, Texas, that was and is used in interstate and foreign commerce.

In violation of Title 18, United States Code, §§ 844(i).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

BY: *[signature]*
MATTHEW R. PENEGUY
Assistant United States Attorney