UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | **CRIMINAL DOCKET 4:20-CR-121-01** |
| *versus* | § § | **JUDGE SIM LAKE** |
| **THOMAS MOSCHELLA** | § § | |

## JOINT STATUS REPORT

*TO THE HONORABLE SIM LAKE*:

Defendant Thomas Moschella and the U.S. Attorney's Office provide the following status report:

1. The order dated November 20, 2020, instructs the parties to advise the Court if this case will likely be resolved with a re-arraignment or if a trial will be necessary. (Docket entry 25).

2. Although the case is likely to be resolved with a re-arraignment, the defense believes it would be prudent for the Court to issue a scheduling order with the following dates:

    Motions due by January 4, 2020

    Responses due by January 15, 2020

    Pretrial conference on February 7, 2020

    Trial on February 18, 2020

3. The parties will notify the Court if a re-arraignment date will be required.

Respectfully submitted,

/s/ David Adler

_____

David Adler
State Bar of Texas 00923150
6750 West Loop South

Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Thomas Moschella

## CERTIFICATE OF SERVICE

A copy of this motion was served on the Assistant U.S. Attorney via e-mail on December 1, 2020.

/s/ David Adler

_____
David Adler

## CERTIFICATE OF CONFERNCE

The Assistant U.S. Attorney agrees with this pleading and joins in it.

/s/ David Adler

_____
David Adler